

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00218-CR

_____

**RAFAEL SUAREZ,**

                                                         **Appellant**

 v.

**THE STATE OF TEXAS,**

                                                         **Appellee**

_____

### From the 82nd District Court
### Falls County, Texas
### Trial Court No. 9279

_____

## O R D E R

_____

Rafael Suarez's amended motion for extension of time to file his motion for rehearing is granted. Suarez's motion for rehearing is due December 7, 2015.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed November 12, 2015

